An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD L. MILBOURN,
                    Appellant,
          vs.
ROBERT LEGRAND, WARDEN OF
LOVELOCK STATE PRISON; LACEY
DONALDSON, PERSHING COUNTY
CLERK; AND DAWN BEQUETTE,
                    Respondents.

No. 67809

**FILED**

APR 27 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying appellant's "Complaint of Contempt of Order and Extortion," in which appellant sought copies of court documents free of charge. Sixth Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Our preliminary review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). Because no statute or court rule authorizes an appeal from an order denying a

SUPREME COURT
OF
NEVADA

(O) 1947A

15-12660

"Complaint of Contempt of Order and Extortion," we lack jurisdiction to consider this appeal. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Jim C. Shirley, District Judge
       Richard L. Milbourn
       Attorney General/Carson City
       Pershing County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A